UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

In Re::                                                                Chapter 13
                                                                       Case No. 12-72980
DAWN LESLIE HEAL

Debtor(s).

## NOTICE OF
## OBJECTION TO CLAIM NUMBER THREE FILED BY INTERNAL REVENUE SERVICE

The debtor has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before 11/12/2012, you or your attorney must:

__X__    File with the court, at the address below, a written response to the objection and a request for a hearing. **Unless a written response is filed and served by the date specified above, the court may decide that you do not oppose the objection to your claim and enter an Order granting the relief sought in the Objection.** If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date specified above.

        Clerk of the Court
        United States Bankruptcy Court
        Post Office Box 1938
        Norfolk, VA 23501-1938

You must also mail a copy to:

        Steve C. Taylor, Esquire
        Attorney for the Debtor
        Law Offices of Steve C. Taylor, P.C.
        133 Mount Pleasant Road
        Chesapeake, VA  23322

And Also to:

        Michael P. Cotter, Chapter 13 Trustee
        870 Greenbrier Circle, Suite 402
        Chesapeake, VA 23320

Steve C. Taylor, Esquire
The Law Offices of Steve C. Taylor, P.C.
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB #: 40993

|  |  |
|---|---|
| _____ | Attend the hearing on the objection scheduled to be held on _____ _____ at _____ A.M. at the United States Bankruptcy Court for the Eastern District of Virginia, at 600 Granby Street, 4th Floor, Norfolk, Virginia. |
| _____ | Attend a hearing to be scheduled a later date. You will receive a separate notice of hearing. **If no timely response has been filed by opposing the relief requested, the court may grant the relief without holding a hearing.** |

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

NOTICE GIVEN BY:

Date: October 20, 2012

/s/ Steve C. Taylor
Steve C. Taylor, Esquire
Counsel for the Debtor

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was mailed to the debtor, Interim Trustee, Office of the U.S. Trustee, all creditors, and parties of interest in the above case on October 20, 2012.

/s/ Steve C. Taylor
Steve C. Taylor,
Counsel for the Debtor(s)

Steve C. Taylor, Esquire
The Law Offices of Steve C. Taylor, P.C.
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB #: 40993

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Re::                                                          Chapter 13
                                                                 Case No. 12-72980
DAWN LESLIE HEAL

   Debtor(s).

### OBJECTION TO CLAIM NUMBER 3-INTERNAL REVENUE SERVICE

COMES NOW the debtor, by counsel and hereby objects to the proof of claim, numbered THREE filed 7/19/2012, for the reasons set forth herein:

1. That the proof of claim is listed for the tax year ending 12/31/2011 and states "No Return" and the debtor has filed the 2011 federal tax return and is to receive a refund in the amount of $37.00.

WHEREFORE, your debtor prays that this Court strike the Proof of Claim filed by the Internal Revenue Service, and to grant any further relief as may seem appropriate.

DAWN LESLIE HEAL

By: /s/ Steve C. Taylor
         Counsel

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to: Office of the U.S. Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA 23510; the Chapter 13 Trustee, Michael P. Cotter, 870 Greenbrier Cir., Ste. 402, Chesapeake, VA 23320-2641; Internal Revenue Service, POB 7346, Philadelphia PA 19101-7346; Office of the US Attorney, 101 West Main St., Ste. 8000, Norfolk, VA 23510; and debtor, Dawn Leslie Heal, 809 Wavey Ct. East, Suffolk, VA 23435, on October 22, 2012.

/s/Steve C. Taylor
Steve C. Taylor

Steve C. Taylor, Esquire
The Law Offices of Steve C. Taylor, P.C.
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB #: 40993